LAURA E. INLOW, SB# 130584
E-Mail: inlow@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900

Attorneys for Defendants, COUNTY OF LOS ANGELES, SAMUEL OROZCO, SCOTT GILES, ROBERT DEAN, SARANYA KLINKALONG, JAETON WILSON, IGNACIO GARCIA, FERNANDO GONZALEZ, ANTHONY WILLIS, JOHN WERNER AND CONNIE DELGADO

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ERICK HOXEY, an individual, and SHATWAN SMITH, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF LOS ANGELES, a governmental entity; SAMUEL OROZCO, an individual; SCOTT GILES, an individual; ROBERT DEAN, an individual; SARANYA KLINKALONG, an individual; JAETON WILSON, an individual; IGNACIO GARCIA, an individual; FERNANDO GONZALEZ, an individual; ANTHONY WILLIS, an individual; JOHN WERNER, an individual; CONNIE DELGADO, an individual, and DOES 1 to 10, <br><br> Defendants. | CASE NO. CV09-1372 DSF (PLAx) <br><br> Action Filed:  February 26, 2009 <br> Judge:  Honorable Dale S. Fischer <br>   Courtroom 840 - ROYBAL <br> Trial Date:  May 4, 2010 <br><br> **NOTE CHANGES MADE BY THE COURT** <br><br> **ORDER ON STIPULATED PROTECTIVE ORDER GOVERNING DISCLOSURE OF CONFIDENTIAL PERSONNEL AND OTHER RECORDS** |

Pursuant to stipulation by the parties,

IT IS HEREBY ORDERED that:

1. Under no circumstances shall confidential information, including but not limited to financial information and information which may be contained in a peace officer's personnel file, be used in any proceeding other than the instant case or be disseminated, in any form, except by court order.



4837-1155-3029.1                                    -1-

2. Under no circumstances shall confidential information either orally, or by written form, be inputted into any computer program or data base or listed manually in any manual, notebook or other listing as it pertains to law enforcement personnel. This does not apply to any computer program or case file maintained specifically as to this civil action.

3. Disclosure of confidential information shall be limited to the personnel and/or classification of persons listed below:

    a) Counsel for any party to this action;

    b) Staff personnel employed by counsel for any party;

    c) The court and its personnel;

    d) Experts or consultants retained to work on this case by counsel for any party; and

    e) Investigators retained by counsel for any party to this case as indicated above.

4. Plaintiffs' counsel shall not provide to the plaintiffs, either orally or in writing, the addresses and telephone numbers the persons identified within the confidential information, but may discuss the information obtained from any investigation conducted with complainants or witnesses.

5. Counsel for any party to this action shall advise those individuals to whom disclosure of confidential information is to be made of the contents of this protective order, and such counsel shall obtain the consent of each individual that he or she will be bound by this protective order. In the event such individual does not consent to be bound by this protective order, no disclosure of confidential information will be made to such individual.

6. Any counsel, expert, consultant or investigator retained by counsel for any party to this case shall not refer to confidential information in any other court proceeding subject to further order of this court.

/ / /

4837-1155-3029.1      -2-

1  7. This protective order, and the obligations of all persons thereunder,
2  including those relating to the disclosure and use of confidential information, shall
3  survive the final termination of this case, whether such termination is by settlement,
4  judgment, dismissal, appeal or otherwise, until further order of the court.
5  8. Nothing in this protective order is intended to prevent officials or
6  employees of Los Angeles County Sheriff's Department, individual deputy sheriffs,
7  or other authorized individuals, from having access to the confidential information to
8  which they would have had access in the normal course of their duties.

10 DATED: January 19, 2010          /s/ - Paul L. Abrams
11                                   Paul L. Abrams
                                     United States Magistrate Judge



4837-1155-3029.1                    -3-