1  LAURA E. INLOW, SB# 130584
       E-Mail: inlow@lbbslaw.com
2  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
3  Los Angeles, California 90012
   Telephone: (213) 250-1800
4  Facsimile: (213) 250-7900

5  Attorneys for Defendants, COUNTY OF LOS ANGELES,
   SAMUEL OROZCO, SCOTT GILES, ROBERT DEAN, SARANYA
6  KLINKALONG, JAETON WILSON, IGNACIO GARCIA,
   FERNANDO GONZALEZ, ANTHONY WILLIS, JOHN WERNER
7  AND CONNIE DELGADO

8              UNITED STATES DISTRICT COURT

9       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ERICK HOXEY, an individual, and SHATWAN SMITH, an individual, | CASE NO. CV09-1372 DSF (PLAx) |
| Plaintiffs, | Action Filed: February 26, 2009<br>Judge: Honorable Dale S. Fischer<br>Courtroom 840 - ROYBAL<br>Trial Date: May 4, 2010 |
| v. | |
| COUNTY OF LOS ANGELES, a governmental entity; SAMUEL OROZCO, an individual; SCOTT GILES, an individual; ROBERT DEAN, an individual; SARANYA KLINKALONG, an individual; JAETON WILSON, an individual; IGNACIO GARCIA, an individual; FERNANDO GONZALEZ, an individual; ANTHONY WILLIS, an individual; JOHN WERNER, an individual; CONNIE DELGADO, an individual, and DOES 1 to 10, | **DEFENDANTS' MOTION IN LIMINE TO PRECLUDE BET SHOW VIDEO; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF LAURA E. INLOW; [Proposed] Order**<br><br>Date: April 5, 2010<br>Time: 3:00 p.m.<br>Courtroom: 840<br><br>**MOTION IN LIMINE #4** |
| Defendants. | |

Defendants hereby move this court in limine for an order instructing all parties and their attorneys of record, and all witnesses, as follows:

1.  Not to mention, refer to, interrogate or attempt to convey to the jury in any manner, either directly or indirectly, anything about the existence or content of the BET episode of the show "First In" entitled "Past, Present and Future" which in part featured this incident.



4841-2470-6821.1                           -1-

This motion is brought on the grounds that any such evidence is irrelevant, hearsay, unduly prejudicial, and not the best evidence.

**MEET AND CONFER**

Counsel for the parties met and conferred on the subject of this motion on March 12, 2010. Agreement could not be reached.

DATED: March 16, 2010

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By [signature]
Laura E. Inlow
Attorneys for Defendants, COUNTY OF LOS ANGELES, SAMUEL OROZCO, SCOTT GILES, ROBERT DEAN, SARANYA KLINKALONG, JAETON WILSON, IGNACIO GARCIA, FERNANDO GONZALEZ, ANTHONY WILLIS, JOHN WERNER AND CONNIE DELGADO

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. INTRODUCTION

Plaintiffs assert that on April 12, 2008, they were falsely arrested, subjected to excessive force, and then maliciously prosecuted by defendants. On the date of the incident, a videography company was doing a television show focusing on the Compton Fire Department. The video company took video tape of portions of this incident and spoke with certain civilians on the street following the incident. Very selected, skewed, and edited portions of the raw footage was then placed on the BET show entitled "First In" during the episode entitled "Past, Present and Future." While defense counsel is not in possession of a copy of this show, it has been viewed on the internet. The edited version as put on the television show should be precluded as lacking foundation, being hearsay, being irrelevant, and being more prejudicial than probative.

## II. AUTHORITY

> F.R. Evid., Rule 402 provides in pertinent part:
> All relevant evidence is admissible, except as otherwise provided . . .Evidence which is not relevant is not admissible.
>
> F.R. Evid., Rule 403 then provides as follows:
> Although relevant, evidence may be excluded if its probative value is substantially outweighed by the danger of prejudice, confusion of the issues, or misleading the jury, or by considerations of undue delay, waste of time, or needless presentation of cumulative evidence.

/ / /

/ / /

F.R. Evid., Rule 802 provides as follows:

Hearsay is not admissible except as provided by these rules or by other rules prescribed by the Supreme Court pursuant to statutory authority or by act of Congress.

Here, the raw footage taken by the video company is in possession of all counsel. It is the best evidence of what happened that day without being edited and skewed. Accordingly, the edited version meant to make salacious television should be precluded as being more prejudicial than probative, and irrelevant. Similarly, the un-edited raw footage is the better evidence and is the footage, if any, that should be used at the time of trial.

### III. CONCLUSION

For the foregoing reasons, defendants respectfully request that the court grant this motion in limine for an order precluding plaintiffs, plaintiffs' witnesses, and plaintiffs' counsel, from testifying to, questioning witnesses, introducing into evidence, or alluding to in opening statements, anything regarding the BET show featuring this incident.

DATED: March 16, 2010

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
Laura E. Inlow
Attorneys for Defendants, COUNTY OF LOS ANGELES, SAMUEL OROZCO, SCOTT GILES, ROBERT DEAN, SARANYA KLINKALONG, JAETON WILSON, IGNACIO GARCIA, FERNANDO GONZALEZ, ANTHONY WILLIS, JOHN WERNER AND CONNIE DELGADO

4841-2470-6821.1

-4-

## DECLARATION OF LAURA E. INLOW

I, **LAURA E. INLOW**, declare as follows:

1. I am an attorney at law duly licensed to practice before all the courts of the State of California and am a partner of the law firm of Lewis Brisbois Bisgaard & Smith LLP, attorneys of record for defendants herein.

2. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto under oath.

3. While I have not been able obtain a copy of the television show entitled "First In" of the segment entitled "Past, Present and Future," I have viewed it on the internet. It is a highly edited and selective accounting of the incident as videotaped by the videography company on April 12, 2008.

4. All counsel are in possession of the un-edited footage from the video company. Subject to the motion in limine previously filed by defendants, it is this un-edited footage, if any, that defendants submit should be shown to the jury at the time of trial instead of the highly edited and selective version used on the BET television show.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 16th day of March, 2010, at Los Angeles, California.

Laura E. Inlow



4841-2470-6821.1

-5-