COLLINSON LAW
A Professional Corporation
Lisa D. Collinson, State Bar No. 175872
   E-mail: lisa@collinsonlaw.net
Laura E. Inlow, State Bar No. 130584
   E-mail: inlow@collinsonlaw.net
21515 Hawthorne Blvd., Suite 800
Torrance, California 90503
Telephone: (424) 212-7777
Facsimile: (424) 212-7757

JS-6

Attorneys for Defendants, SAMUEL OROZCO and SCOTT GILES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ERICK HOXEY, an individual; and SHATWAN SMITH, an individual,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a governmental entity; SAMUEL OROZCO, an individual; SCOTT GILES, an individual; ROBERT DEAN, an individual; SARANYA KLINKALONG, an individual; JAETON WILSON, an individual; IGNACIO GARCIA, an individual; FERNANDO GONZALEZ, an individual; ANTHONY WILLIS, an individual; JOHN WERNER, an individual; CONNIE DELGADO; and DOES to 10,<br><br>Defendants. | CASE NO. CV09-1372 DSF (PLAx)<br><br>Judge Dale S. Fischer<br>Magistrate Judge Paul L. Abrams<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br><br><br><br>Action Filed: February 26, 2009 |

-1-
[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL OF ENTIRE ACTION

1  Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that
2  this action is dismissed in its entirety, with prejudice, against all Defendants.
3  Defendants hereby waive any costs claimed, if any, by virtue of this dismissal.

5  Dated:   August 17, 2011

_____
Hon. Dale S. Fischer
United States District Judge